JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESCILLA R., | CASE NO. EDCV 22-0773 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: August 11, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge